**UNITED STATES COURT OF APPEALS**
for the
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-two,

_____

| | |
|---|---|
| EMA Financial, LLC, | **ORDER** |
|       Plaintiff-Counter-Defendant-Counter-Claimant-Appellee-Cross-Appellant, | Docket No: 22-274(L), 22-402(CON) |
| v. | |
| Joey Chancis, a Citizen of Florida, Richard Roer, a Citizen of Florida, | |
|       Defendants-Counter-Claimants-Counter-Defendants-Appellants-Cross-Appellees, | |
| Rar Beauty, LLC, a Florida Limited Liability Company, Labb, Inc., a Florida Corporation, Reflex Productions, Inc., a Florida Corporation, Richard Chancis, a Citizen of Florida, Joey New York, Inc., a Nevada Corporation, | |
|       Defendants-Counter-Claimants-Counter-Defendants. | |

_____

Counsel for APPELLANT Joey Chancis and Richard Roer has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting May 23, 2022 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before May 23, 2022. The appeal is dismissed effective May 23, 2022 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. <u>See</u> Local Rule 27.1(f)(1); <u>cf. RLI Insurance Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court